[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10278

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

HELIO ROLANDO LOPEZ-ELIZALDE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:22-cr-00012-AW-GRJ-1

_____

2                          Opinion of the Court                    23-10278

Before WILSON, JORDAN, and LAGOA, Circuit Judges.

PER CURIAM:

Richard Summa, counsel for Helio Lopez-Elizalde in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lopez-Elizalde's convictions and total sentence are **AFFIRMED**.